IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE,<br>　　　　Plaintiff,<br>v.<br>THE PENNSYLVANIA STATE UNIVERSITY, ERIC BARRON, and DANNY SHAHA,<br>　　　　Defendants. | Case No. 4:15-cv-2072-MWB<br><br>Judge: Matthew W. Brann<br><br>Complaint filed: 10/27/2015<br><br>*Electronically Filed* |
| JOHN DOE II,<br>　　　　Plaintiff,<br>vs.<br>THE PENNSYLVANIA STATE UNIVERSITY, ERIC BARRON and DANNY SHAHA,<br>　　　　Defendants. | Case No. 4:15-cv-02108-MWB<br>*Consolidated at*<br>*No. 4:15-cv-2072-MWB*<br>Judge: Matthew W. Brann<br><br>Complaint filed: 11/3/2015<br><br>*Electronically Filed* |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by the parties hereto that any and all claims in the above-entitled action are hereby dismissed with prejudice. Each party shall bear its own costs.

| | |
|---|---|
| THE LAW OFFICE OF ANDREW SHUBIN, P.C.<br><br>By: _[signature]_<br>　Andrew Shubin, Esquire<br>　333 South Allen Street<br>　State College, PA 16801<br>　(814) 867-3115<br>　shubin@statecollegelaw.com<br>　Attorney for Plaintiffs<br>Dated: 12/21/16 | McQUAIDE BLASKO, INC.<br><br>By: _[signature]_<br>　John A. Snyder, Esquire<br>　811 University Drive<br>　State College, PA 16801<br>　(814) 238-4926<br>　jasnyder@mqblaw.com<br>　Attorneys for Defendant<br>Dated: 12/21/16 |